DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIE JAMES BURTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2023-0800

_____

May 17, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Lawrence R. Metsch, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General; Krystle Celine Cacci, Assistant Attorney General (substituted as counsel of record) Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.